**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Joseph Makowski | ) | Case no. 18-15956 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Janet S. Baer |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| Joseph Makowski | David M Siegel | State Farm Bank, FSB |
|---|---|---|
| 908 Sussex | 790 Chaddick Dr | Attn: Bankruptcy Dept. |
| Carol Stream, IL  60188 | Wheeling, IL 60090 | PO Box 2328 |
| | | Bloomington, IL 61702-2328 |

Please take notice that on Friday, January 22, 2021 at 9:30 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, or any judge sitting in that judge's place, and present the Trustee's objection to claim # 6 of State Farm Bank, FSB, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https//www.zoomgov.com/join.  Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and password.

**Meeting ID and password.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.**  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, December 10, 2020

Glenn Stearns,  
Chapter 13 Trustee  
801 Warrenville Road,  
Suite 650  
Lisle, IL  60532-4350  
Ph:  (630) 981-3888  

/s/ Scott Burknap  
For:  Glenn Stearns, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Joseph Makowski | ) | Case no. 18-15956 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**OBJECTION TO CLAIM # 6**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests an order reducing the amount of claim # 6, and in suppor thereof, states the following:

1. On June 04, 2018 the Debtor filed a petition under Chapter 13.
2. A claim was filed for the debt owed to STATE FARM BANK on September 25, 2018 (# 6 on PACER) in the amount of $5,508.72.
3. STATE FARM BANK notified the Trustee on 7/6/2020 that the claim is paid in full.

WHEREFORE, the Trustee prays that said claim of STATE FARM BANK be reduced to the amount paid to date, be reduced further if additional funds are returned by STATE FARM BANK, and for such other relief as this court deems proper.

Respectfully Submitted;

/s/ Pamela L. Peterson

For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888